STATE, *ex rel.* EMORY A. JOHNSON, v. W. R. ROBERTS, as County Judge of Charlotte County, and LILLY V. KING, as Supervisor of Registration of Charlotte County.

184 So. 14.
Opinion Filed October 15, 1938.
Rehearing Denied November 7, 1938.

*M. Lewis Hall* and *Whitfield & Whitfield,* for Relator;
*Earl D. Farr,* for Respondent.

PER CURIAM.—In this case the allegations of the petition
and alternative writ are sufficient to make out a *prima facie*
case.   Therefore the motion to quash is overruled.

The answer or return makes certain allegations as to the
residence of the relator and as to the overlapping of election
precinct lines with the commissioner's district lines, which,
if true, would make an accurate recanvass of the primary
election returns impossible, in so far as to the votes cast
within the particular Commissioner's district in question,
and hence would preclude the issuance of a peremptory writ
in this case.   Issue has been taken upon the allegations of
fact contained in the answer.   To determine this issue, tes-
timony, and perhaps documentary evidence, would have to
be submitted by the parties.

The court therefore appoints Honorable George W.
Whitehurst, Judge of the Twelfth Judicial Circuit, as Com-
missioner to take such evidence and testimony as the parties
may see fit to submit on the issues of fact thus raised, at
such time and place as said Judge may fix and determine,
the same to be reduced to writing and returned to this Court
for its consideration.

It is so ordered.

WHITFIELD, TERRELL, BROWN and CHAPMAN, J. J.,
concur.